# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ROD SEWEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4362-CV-C-NKL |
| ) | |
| SOCIAL LEARNING CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 15, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on January 10, 2006, and numerous other filings. The issues raised in plaintiff's filings were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's December 15, 2005 Report and Recommendation is adopted [9]. It is further

ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied and this case is dismissed, pursuant to 28 U.S.C. § 1915, for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 23, 2006
Jefferson City, Missouri